**Charles E. RASH, a/k/a Charles Emmanuel Rash, Petitioner–Appellant,**

v.

**Patricia STANSBERRY, Warden, Respondent–Appellee.**

**No. 11–7118.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 23, 2011.

Charles Emmanuel Rash, Appellant pro se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. Rash, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Rash v. Stansberry*, No. 3:10-cv-00836-HEH, 2011 WL 2982216 (E.D.Va. July 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*